```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      WESTERN DIVISION
```

BARRY FRANKLIN BRAY                                     PLAINTIFF

V.                        CIVIL ACTION NO.5:15-cv-91 (DCB)(MTP)

MANAGEMENT & TRAINING CORPORATION                      DEFENDANTS
AND CORRECTIONS CORPORATION OF AMERICA

<u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>

This cause is before the Court on Magistrate Judge Michael T. Parker's Report and Recommendation **(docket entry 35)**, to which no objections were filed by the Plaintiff.  Having carefully reviewed the same, the Court finds that the Plaintiff does not oppose Defendant Management & Training Corporation ("MTC")'s Motion for Summary Judgment and has expressed that he no longer wishes to pursue his claims against MTC.  Thus, Defendant MTC's Motion for Summary Judgment shall be granted.  The case should continue as to the remaining Defendant, Corrections Corporation of America. Therefore, the Court adopts the Report and Recommendation, and shall grant the Motion for Summary Judgment and dismiss all claims against MTC with prejudice.

Accordingly,

IT IS HEREBY ORDERED that Magistrate Judge Michael T. Parker's Report and Recommendation **(docket entry 35)** is ADOPTED as the findings and conclusions of this Court;

IT IS FURTHER ORDERED that Defendant MTC's Motion for Summary Judgment **(docket entry 23)** is GRANTED.

SO ORDERED, this the 10th day of November, 2016.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE